IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KING OF FREIGHT LLC, a Kansas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VIVA EXPRESS, INC., an Illinois corporation,<br><br>Defendant. | Case No. 6:22-cv-01187-EFM-TJJ |

**PLAINTIFF'S STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW plaintiff, King of Freight, LLC, by and through its counsel of record, and pursuant to Rule 41(a)(1), hereby announces to the Court and stipulates that its claims against defendant Viva Express, Inc. should be dismissed without prejudice to re-filing. Defendant Viva Express, Inc. has not filed an Answer, Counterclaim or Third-Party Claim.

    Respectfully submitted,

    HINKLE LAW FIRM LLC
    1617 N. Waterfront Parkway, Suite 400
    Wichita, Kansas  67206-6639
    TEL: (316) 267-2000/ FAX: (316) 264-1518

    /s/ Paul J. Skolaut
    Paul J. Skolaut, #22143
    jskolaut@hinklaw.com
    J. Philip Davidson, #14642
    pdavidson@hinklaw.com
    **Attorneys for Defendant**
    **King of Freight, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2022, I electronically filed the foregoing **Plaintiff's Stipulation of Voluntary Dismissal Without Prejudice** with the clerk of the court using the CM/ECF system which will send a notice of electronic filing to counsel of record.

    Kenneth R. Hoffman
    khoffman@dysarttaylor.com
    DYSART TAYLOR COTTER MCMONIGLE & BRUMITT, P.C.
    700 W. 47th Street, Suite 410
    Kansas City, MO 64112-1922
    (816) 931-2700

                                          /s/ Paul J. Skolaut
                                          Paul J. Skolaut, #22143